IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

COLIVITO WILLIAMS and
JANET WILLIAMS,

        Plaintiffs,

vs.                                CASE NO.: 1:05cv156-SPM/AK

STILLWIND COMMUNITY
ASSOCIATION, INC. and TRIPPE
REALTY MANAGEMENT, INC.,

        Defendants.
_____/

## ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION

        This cause comes before the Court for consideration of Plaintiffs' motion for preliminary injunction (docs. 16 and 17), Defendants' response (doc. 18), and Plaintiffs' reply (doc. 19).  For the following reasons, the motion for preliminary injunction will be denied.

        1.      An injunction is appropriate only is a plaintiff can show, among other things, that irreparable injury will be suffered in the absence of an injunction.  Seigel v. LePore, 234 F.3d 1163, 1176 (11th Cir. 2000).

        2.      An injury is irreparable if money damages or other corrective relief at a later date is insufficient to provide an adequate remedy. Snook v. Trust Co. of Ga. Bank of Savannah, N.A., 909 F.2d 480, 487 (11th Cir. 1990).

  3. In this case, Plaintiffs seek to enjoin Defendants from issuing additional fines against Plaintiffs for disputed violations of residential community association regulations.

  4. In the event Plaintiffs prevail in this action, Plaintiffs will have an adequate remedy available to them through the invalidation of any fines imposed.

  5. A preliminary injunction is an "extraordinary and drastic remedy." Id. It is not warranted in this case since no irreparable injury will be suffered in the absence of an injunction. Accordingly, it is

  ORDERED AND ADJUDGED that Plaintiffs' motion for preliminary injunction (doc. 16) is denied.

  DONE AND ORDERED this 5th day of April, 2006.

       *s/ Stephan P. Mickle*
       Stephan P. Mickle
       United States District Judge