IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

COLIVITO WILLIAMS and
JANET WILLIAMS,

       Plaintiffs,

vs.                                    CASE NO.: 1:05cv156-SPM/AK

STILLWIND COMMUNITY
ASSOCIATION, INC. and TRIPPE
REALTY MANAGEMENT, INC.,

       Defendants.
_____/

## ORDER OF DISMISSAL

Pursuant to the Notice of Settlement (doc. 38) and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.     This case is dismissed with prejudice.

2.     All pending motions are denied as moot.

3.     The Court retains jurisdiction for a period of 60 days to ensure that the parties complete their immediate obligations under the terms of the settlement agreement.

DONE AND ORDERED this 27th day of April, 2006.

                                            s/ Stephan P. Mickle
                                            Stephan P. Mickle
                                            United States District Judge